UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
SALVATORE ROSSI, on behalf of himself and all others similarly situated,

                          Plaintiff,

     -against-

OSI COLLECTION SERVICES, INC. and JOHN AND JANE DOES NUMBERS 1 THROUGH 25, SAID PERSONS BEING NAMED HEREIN AS THE PERSONS WHO ALSO CONTROL THE POLICIES AND PRACTICES INVOKED BY OSI COLLECTION SERVICES, INC.,

                          Defendants.
-------------------------------------------------------------------X

**RULE 7.1 DISCLOSURE**

08 CV 00257
(Judge Sweet)

      Pursuant to the Rule 7.1 (Formerly Local General Rule 1.9) of the Local Rules of the US District Court for the Southern and Eastern Districts of New York and to enable Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for OSI COLLECTION SERVICES, INC. (a private non-governmental party) certifies that the following are corporate parents, affiliates and/or subsidiaries of said party which are publicly held.

                          **NONE**

Dated: New York, New York
         February 15, 2008

                          Yours etc.,
                          The Law Offices of Edward Garfinkel
                          Attorneys for Defendant,
                          OSI COLLECTION SERVICES, INC.

                          By: _s/_____
                             Kevin Barry McHugh (KBM-5924)
                             110 William Street
                             New York, New York 10038-3901
                             (212) 809-8000
                             Our File # NYNY 27138

TO:

ROBERT L. ARLEO, ESQ.
Attorney for Plaintiff
164 Sunset Park Road
Haines Falls, New York 12436
(518) 589-5264

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
SALVATORE ROSSI, on behalf of himself and all others similarly situated,

        Plaintiff,     08 CV 00257
                (Judge Sweet)
  -against-

OSI COLLECTION SERVICES, INC. and JOHN AND JANE DOES NUMBERS 1 THROUGH 25, SAID PERSONS BEING NAMED HEREIN AS THE PERSONS WHO ALSO CONTROL THE POLICIES AND PRACTICES INVOKED BY OSI COLLECTION SERVICES, INC.,

        Defendants.
-------------------------------------------------------------------X

## CERTIFICATE OF SERVICE

  I hereby certify that on February 15, 2008 the foregoing document was filed with the Clerk of the Court and served in accordance with the Federal Rules of Civil Procedure, and/or the Southern District's Local Rules, and/or the Southern District's Rules on Electronic Service upon the following parties and participants.

            ___s/_____
              Kevin Barry McHugh

TO:

ROBERT L. ARLEO, ESQ.
Attorney for Plaintiff
164 Sunset Park Road
Haines Falls, New York 12436
(518) 589-5264