UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------x    08 CV 00257
                                              (SWEET, J.)
SALVATORE ROSSI, on behalf of himself
and all others similarly situated,

                    Plaintiff

                                              **NOTICE OF**
         -against-                            **VOLUNTARY DISMISSAL**

OSI COLLECTION SERVICES, INC. and JOHN
AND JANE DOES NUMBERS 1 THROUGH 25, SAID
PERSONS BEING NAMED HEREIN AS THE PERSONS
WHO ALSO CONTROL THE POLICIES AND
PRACTICES INVOKED BY OSI COLLECTION
SERVICES, INC.,

                                              RECEIVED
                                              MAR 10 2008
                                              JUDGE SWEET CHAMBERS

                    Defendants
----------------------------------------x

TO: CLERK OF THE COURT:

   PLEASE TAKE NOTICE THAT PURSUANT TO Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, as no party named herein is an infant or an incompetent person, the above-entitled action shall be, and hereby is, voluntarily dismissed by the Plaintiff, SALVATORE ROSSI, with prejudice as to said Plaintiff, without prejudice as to the putative class defined in the complaint and without costs as to any party named herein.

DATED: Haines Falls, New York
       February 21, 2008

                                              _____
                                              BY: ROBERT L. ARLEO, ESQ.
                                              (RA 7506)
                                              Attorney for the Plaintiff
                                              164 Sunset Park Road
                                              Haines Falls, New York 12436
                                              (518) 589-5264

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/14/08

DATED: New York, New York
       February 27, 2008

                                      THE LAW OFFICES OF EDWARD
                                      GARFINKEL
                                      Attorneys for the Defendant
                                      OSI COLLECTION SERVICES, INC.

                                      BY: KEVIN BARRY MCHUGH
                                      (KBM 5924)
                                      110 William Street
                                      New York, New York 10038
                                      (212) 809-8000

SO ORDERED,

_____
Honorable Robert W. Sweet
U.S.D.J.

3-13-08